# CIVIL CAUSE FOR JURY TRIAL

**BEFORE**:   Honorable Leonard D. Wexler
**DATE**:     July 11, 2017
**TIME**:     9:30 to 11:15
              (1 Hr. 45 Mins.)

**DOCKET**:   15-CV-0058 (LDW)(SIL)
**TITLE**:    Abreu v. Verizon New York, Inc., et al

**APPEARANCES**:
- Plaintiff(s) represented by:
    - **Frederick K. Brewington**
    - **Cathryn Annette Harris**

- Defendant(s) represented by:
    - **Paul Hugo Galligan**
    - **Howard M. Wexler**
    - **Meredith-Anne Margaret Berger**

- Court Reporter(s): **E. Combs/P. Lombardi**

- Courtroom Deputy: E. Russo
_____

- Jury trial continued from 7/10/2017.

- Witnesses for the plaintiff called and sworn; testimony given.

- Exhibits entered into evidence.

- For the reasons stated on the record, the Court hereby declares a mistrial.

- The parties are advised that this matter will assigned to Magistrate Judge Locke for all purposes.