THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

### Attorneys and Counselors at Law

556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 www.brewingtonlaw.com

Frederick K. Brewington
Cathryn Harris-Marchesi
Tricia S. Lindsay
Julissa M. Proaño

Oscar Holt III
Of Counsel

March 5, 2019

*VIA ELECTRONIC CASE FILING*
Honorable Steven I. Locke
United States Eastern District Court
Court Room 902
100 Federal Plaza
Central Islip, New York 11722

> Re:   *Abreu v. Verizon New York, Inc.*
> *Docket No.: CV-15-58 (SIL)*

Dear Judge Locke:

As you are aware, we are the attorneys representing the Plaintiff in the above referenced matter. This is to respectfully request a telephone conference with Your Honor to discuss a conflict in the upcoming trial schedule. I have spoken with defense counsel, Howard Wexler, Esq., and he joins in this request.

On Monday, March 4, 2019, I selected a jury, with trial commencing Wednesday, March 6, 2019, in the matter *Donovan v. Quick*, Index No.: 0061464/2014, before the Honorable Joseph Santorelli, in New York Supreme Court, Suffolk County, Riverhead. It is anticipated that trial in the *Donovan* matter will continue for approximately one week. Furthermore, thereafter additional conflicts will arise with scheduling which must be discussed with the Court.

Based on the foregoing, it is respectfully requested that the parties hold a teleconference with Your Honor, during the lunch break, between 1:00 p.m., and 1:30 p.m. on either Wednesday March 6, 2019 or Thursday March 7, 2019.

We thank the Court for its kind consideration.

Respectfully submitted,

FREDERICK K. BREWINGTON

cc:   Howard Wexler, Esq. (via ecf)