# CIVIL CAUSE FOR MOTION HEARING

BEFORE: STEVEN I. LOCKE, U.S.M.J.

DATE:  3/21/2019　　　　　　　　　　　TIME: 9:30 am (8 hours)

CASE: **CV 15-0058(SIL) Abreu v. Verizon New York, Inc. et al**

APPEARANCES:　　For Plaintiff:　　Frederick Brewington

　　　　　　　　　For Defendant:　Howard Wexler
　　　　　　　　　　　　　　　　　Paul Galligan
　　　　　　　　　　　　　　　　　Meredith Berger

COURT REPORTER:  Owen Wicker,

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Jury Trial Resumes.
- ☐ Closing arguments of plaintiff heard.
- ☐ Closing arguments of defendant heard.
- ☐ Deputy Sworn.
- ☐ Jury Charged.
- ☐ Deliberations begin.
- ☐ Jury returns with a verdict for the _____.
- ☒ Trial continued to  3/22/19  at  10:00 am.
- ☒ Other: Defendants' Rule 50 motion, docket entry [77] heard. Defendants' Rule 50 motion has been granted in part and denied in part for the reasons set forth on the record.