# UNITED STATES DISTRICT COURT
for the

EASTERN District of NEW YORK

| | |
|---|---|
| ADAN ABREU<br>*Plaintiff*<br>v.<br>VERIZON NEW YORK, INC., RICHARD FRANCIS and DAVID LUCAS<br>*Defendant* | )<br>)<br>)  Civil Action No.   CV 15-0058(SIL)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

**X** the plaintiff *(name)* ADAN ABREU recover from the defendant *(name)* VERIZON NEW YORK, INC., RICHARD FRANCIS and DAVID LUCAS the amount of Two million and six hundred and fifty five million dollars ($ 2,655,000.00 ).

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

**X** tried by a jury with Judge    STEVEN I. LOCKE    presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:    4/4/2019

*CLERK OF COURT*

/s/ Kristin Gandiosi

*Signature of Clerk or Deputy Clerk*